LATHAM & WATKINS LLP
  G. Andrew Lundberg (SBN 108509)
  Leslie A. Pereira (SBN 180222)
  Bonita Dombey Moore (SBN 221479)
633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

LATHAM & WATKINS LLP
  John D. Minton (SBN 223823)
135 Commonwealth Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Attorneys for Plaintiffs NETSCAPE COMMUNICATIONS CORPORATION AND AMERICA ONLINE, INC.

E-FILED 7/14/2005

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETSCAPE COMMUNICATIONS CORPORATION, a Delaware corporation, and AMERICA ONLINE, INC., a Delaware corporation,<br><br>       Plaintiffs,<br>   v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., a Pennsylvania corporation, and DOES 1 through 50,<br><br>       Defendants. | CASE No. C 05-01601 RMW<br><br>**STIPULATION RE: STAY OF PROCEEDINGS; [PROPOSED] ORDER** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

JOINT STIPULATION TO STAY PROCEEDINGS
Case No. C 05-01601 RMW

## STIPULATION

The parties hereto, through their respective undersigned counsel of record, are agreed and hereby stipulate as follows:

1. The parties now have pending between them two actions arising out of a dispute over insurance coverage for the same underlying claim:

    (a) National Union Fire Insurance Company of Pittsburgh, PA. and American International Specialty Lines Insurance Company v. Netscape Communications Corporation and America Online, Inc,, Case No. 05 CV 3163 (DAB) (the "New York Action") filed March 23, 2005; and

    (b) this action (the "California action"), filed in state court on April 1, 2005 and removed to this Court on April 18, 2005.

2. On April 18, 2005, the plaintiffs in the instant California Action, Netscape Communications Corporation ("Netscape") and America Online, Inc. ("AOL"), filed a motion in the New York Action to dismiss, stay or transfer the New York Action pursuant to Fed. R. Civ. P. 12(b)(3) and (6) and 28 U.S.C. § 1404(a) (the "New York Transfer Motion").  At the time the New York Transfer Motion was filed, this action was still pending in state court; its subsequent removal has effectively limited that motion to a motion to transfer the New York Action to this Court.

3. On May 12, defendant in the instant California action (and plaintiff in the New York Action) National Union Fire Insurance Company of Pittsburgh, PA. ("National Union") filed a motion in this action to transfer venue pursuant to 28 U.S.C. § 1404(a) (the "California Transfer Motion").

4. The New York Transfer Motion has been fully briefed (AOL/Netscape's reply brief on that motion was filed on April 27, 2005).  The parties are awaiting the advice of the Court in that action as to whether it will hold a hearing on the motion or will rule without hearing.

5. According to the docket, hearing on the California Transfer Motion in this action is set for July 15, 2005.

1  6. In order to avoid the unnecessary expenditure of the Court's and the
2  parties' resources, the parties are agreed that pending a ruling in the New York Action on
3  AOL/Netscape's pending motion to dismiss, stay or transfer that action, proceedings in this
4  action, including without limitation further briefing or consideration of the California Transfer
5  Motion, should be stayed. The parties contemplate that the ruling on the New York Transfer
6  Motion will obviate the need for proceedings on the California Transfer Motion and either
7  dispose of, or lead the parties to agree to dispose of, the issue of the proper venue for their
8  various claims and defenses.

9  7. Accordingly, the parties request that this Court enter its order (a) staying
10 all proceedings in this action until a final ruling is entered on the New York Transfer Motion,
11 and (b) directing the parties to jointly notify this Court

26 / / /
27 / / /
28 / / /

1  within 10 days of such ruling and advise the Court of their views as to how the parties believe
2  this action should further proceed.
3  SO STIPULATED:
4  Dated: July 1, 2005                          LATHAM & WATKINS LLP
                                                G. Andrew Lundberg
5                                               Leslie A. Pereira
                                                Bonita Dombey Moore
6                                               John D. Minton[1]
7
8                                               By _____/s/_____
9                                                   John D. Minton
                                                Attorneys for Plaintiffs NETSCAPE
10                                              COMMUNICATIONS CORPORATION AND
                                                AMERICA ONLINE, INC.
11
12 Dated: July 1, 2005                          NIXON PEABODY LLP
                                                Mitchell A. Stearn
13                                              Kevin M. Grace
                                                Michael P. O'Bresly
14
15
16                                              By _____/s/_____
                                                    Michael P. O'Bresly
17                                              Attorneys for Defendant NATIONAL UNION
                                                FIRE INSURANCE COMPANY OF
18                                              PITTSBURGH, PA.
19
                                                **ORDER**
20
21      Good cause therefore appearing, IT IS SO ORDERED.
22
23
24      Dated: 7/8/05                           _____Ronald M. Whyte_____
                                                Hon. Ronald M. Whyte
25                                              United States District Judge
26  _____
27  [1] The undersigned attests, pursuant to General Order No. 45, Section X, that concurrence in the
    filing of this stipulation has been obtained from Michael P. O'Bresly, counsel for National
28  Union Fire Insurance Company of Pittsburgh, P.A.